UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE BELSER-GASTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANOFI-AVENTIS U.S. LLC, *et al*.<br><br>　　　　Defendants. | Case No. 1:23-cv-01524-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF RHETT A. MCSWEENEY TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 16) |

　　The Court has read and considered the application of Rhett A. McSweeney, attorney for Plaintiff Maxine Belser-Gaston, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 16). For good cause appearing, Rhett A. McSweeney's application for admission to practice *pro hac vice* is HEREBY GRANTED.

　　The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　Dated:　**November 27, 2023**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE