UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE BELSER-GASTON,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>Defendants. | No.  1:23-cv-01524-KES-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Case Transferred In: 10/26/23 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to L.R. 160(b), Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") and Plaintiff Maxine Belser-Gaston ("Plaintiff") hereby submit the following report regarding the status of settlement.

Sanofi previously filed a Notice of Pending Settlement (ECF No. 24), notifying the Court that the Parties had reached an agreement in principle for the complete resolution of this matter and that counsel for the Parties were in the process of preparing and finalizing a Master Settlement Agreement which would include the instant case, as well as other cases from the Taxotere MDL.

Plaintiffs' settlement counsel provided Sanofi with a list of the cases that counsel believes are eligible to participate in the settlement. Sanofi reviewed the list of cases for key issues, such

1  as dismissals, non-Sanofi product identification, and whether the plaintiffs are deceased. Sanofi
2  completed this review and the Master Settlement Agreement was finalized and executed on
3  August 22, 2024. Plaintiffs have until November 20, 2024, to opt in or out of the settlement.
4      As is typical for deals of this nature, after it concludes, the parties will evaluate whether
5  participation has met certain agreed threshold rates to complete the settlement. The Final
6  Participation Threshold (an assessment of whether enough plaintiffs are opting-in to the
7  settlement to proceed) will be determined December 9, 2024. Accordingly, it would be unlikely
8  for the cases to see litigation activity in the district courts before 2025.
9      Accordingly, the Parties respectfully request that the deadline to file dispositional
10 documents pursuant to Local Rule 160(b) be continued to January 17, 2025.

**IT IS SO STIPULATED.**

Dated:  November 13, 2024                    Respectfully submitted,

                                                 SHOOK HARDY & BACON L.L.P.

                                                 By:_____/s/ *Brady O'Bryan*_____
                                                          Brady O'Bryan
                                                Attorney for Defendants sanofi-aventis U.S.
                                                LLC and Sanofi US Services Inc.


Dated:  November 13, 2024                    MCSWEENEY/LANGEVIN LAW FIRM,

                                                _____*/s/ Rhett A. McSweeney (with*
                                                *authorization 11/11/24)*_____
                                                Rhett A. McSweeney (*pro hac vice*)
                                                RAM@westrikeback.com
                                                2116 2nd Avenue South
                                                Minneapolis, MN 55404

                                                Attorney for Plaintiff Maxine Belser-Gaston

# **ORDER**

Having received and considered the Stipulation re Extension of Time to File Dispositional Documents filed by Plaintiff Maxine Belser-Gaston and Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. and good cause appearing, the Court hereby **ORDERS** as follows: the deadline for the Parties to file dispositional documents pursuant to Local Rule 160(b) is continued to January 17, 2025.

IT IS SO ORDERED.

Dated:   November 13, 2024

_____
UNITED STATES DISTRICT JUDGE