UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAXINE BELSER-GASTON**, <br><br> Plaintiff, <br><br> v. <br><br> **SANOFI-AVENTIS U.S. LLC**, et al. <br><br> Defendants. | No. 1:23-cv-01524-KES-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> **(Doc. 30)** |

On January 23, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 30.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **January 24, 2025**          /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE